

23CR054

FILED
FEB 01 2023
MAGISTRATE JUDGE
SUNIL R. HARJANI

Judge Guzman
Magistrate Judge Cummings
CAT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



FELONY
INTAKE

FEB 0 1 2023 SMB

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

    1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Fraud (III)**

10. List the statute of each of the offenses charged in the indictment or information. **18 USC §§ 1343 and 401(3)**

                                                      */s/ Corey B. Rubenstein*
                                                      COREY B. RUBENSTEIN
                                                      Assistant United States Attorney