Order Form (01/2005)

23-CR-54
Judge Guzman
Magistrate Judge Cummings

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | HARJANI |
|---|---|---|---|
| **CASE NUMBER** | 22 GJ 01449 | **DATE** | FEBRUARY 1, 2023 |
| **CASE TITLE** | U.S. v. THOMAS V. GIRARDI, ET AL | | |

FILED
FEB 01 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL OCTOBER 2022___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

BOND TO BE DETERMINED AT ARRAIGNMENT AS TO THOMAS V. GIRARDI AND DAVID R. LIRA.

DEFENDANT CHRISTOPHER K. KAMON CURRENTLY IN CUSTODY AT MDC - LOS ANGELES. THE GOVERNMENT WILL ISSUE A WRIT AT A LATER DATE TO TRANSFER CUSTODY. ADDITIONALLY, THE GOVERNMENT RESPECTFULLY REQUESTS THAT THE ARRAIGNMENT FOR THIS DEFENDANT BE HELD BY VIDEO CONFERENCING.

THE DISTRICT COURT CLERKS OFFICE IS DIRECTED TO FORWARD A RECIEVED STAMPED COPY OF THIS INDICTMENT TO AUSA COREY RUBENSTEIN (COREY.RUBENSTEIN@USDOJ.GOV), THAT REFLECTS THE DATE OF RETURN AND THE DOCKET NUMBER ASSIGNED TO THIS CASE AS SOON AS POSSIBLE.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: _____