UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 23 CR 54 |
| v. | ) |
| | ) Judge Ronald A. Guzman |
| | ) |
| GIRARDI et al | ) |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been assigned in the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   */s/ Emily Vermylen*
EMILY VERMYLEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6309