# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                Case No.: 1:23−cr−00054
                                                Honorable Ronald A. Guzman

Thomas V. Girardi, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

       MINUTE entry before the Honorable Jeffrey Cummings:as to Thomas V. Girardi: At defendant's request and with the Government's agreement, defendant's arraignment by remote video means is rescheduled for 3/3/23 at 1:00 p.m. CST. Members of the public and media will be able to view the hearing by using the following Webex link: https://us−courts.webex.com/us−courts/j.php?MTID=m 6cd8048df0771161e472a6c8b241db3c. The call−in number is: 1−650−479−3207; Access: 2317 357 4719. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.