**FILED** CC
3/3/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: US v. Girardi et al   Case Number: 23-CR-54

An appearance is hereby filed by the undersigned as attorney for:

Thomas V. Girardi

Attorney name (type or print): Seema Ahmad

Firm: Federal Defender Program for the Northern District of Illinois

Street address: 55 East Monroe, Suite 2800

City/State/Zip: Chicago, IL 60615

Bar ID Number: CA 270992   Telephone Number: 312-621-8344
(See item 3 in instructions)

Email Address: seema_ahmad@fd.org

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you acting as local counsel in this case? | ✓ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✓ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
✓ Appointed Counsel
  If appointed counsel, are you
  ✓ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/28/23

Attorney signature: S/ SAhmad

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015