## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.

Thomas V. Girardi, et al.

          Defendant.

Case No.: 1:23−cr−00054
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 8, 2023:

    MINUTE entry before the Honorable Ronald A. Guzman as to Thomas V. Girardi: Defendant's unopposed application for determination of competency pursuant to 18 U.S.C. § 4241(a) [44] is granted. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.