IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | No. 23-CR-00054-1 |
| v. | ) ) | |
| **THOMAS VINCENT GIRARDI** | ) ) | Judge Ronald A. Guzman |

## ORDER FOR DETERMINATION OF COMPETENCY PURSUANT TO 18 U.S.C. § 4241(a)

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY FOUND AND ORDERED THAT:

There is reasonable cause to believe that defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and a psychiatric or psychological examination of defendant shall be conducted.

The parties shall be prepared at the next status hearing to discuss the posture of the case and how the competency proceedings shall proceed.

DATED: March 8, 2023        _____
                            HONORABLE RONALD A. GUZMAN
                            UNITED STATES DISTRICT JUDGE