# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                         Case No.: 1:23−cr−00054
                                                              Honorable Ronald A. Guzman

Thomas V. Girardi, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 10, 2023:

      MINUTE entry before the Honorable Ronald A. Guzman as to Thomas V. Girardi: On the Court's own motion, the status hearing set for 3/14/2023 at 10:30 a.m. is stricken and reset to 3/14/2023 at 10:00 a.m. (TIME CHANGE ONLY) The hearing will be in person. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.