# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:23−cr−00054 |
| | Honorable Ronald A. Guzman |
| Thomas V. Girardi, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

MINUTE entry before the Honorable Ronald A. Guzman as to Thomas V. Girardi: In−person status hearing held and continued to 4/13/2023 at 10:00 a.m. for attorneys to provide information on California competency proceedings. Defense counsel waived the appearance for Thomas Girardi. Without objection, time is excluded from 3/14/2023 until 4/13/2023 under the act under Section 4241(a), which automatically excludes time for the pendency of competency evaluations, hearings, other competency proceedings and in the interest of justice for trial preparation and because delay outweighs the interests of the parties and the public in a speedy trial. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.