**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the following cases are currently assigned to the Hon. Ronald A. Guzman. Judge Guzman has requested that these cases be reassigned to another judge of this Court pursuant to 28 USC §294(b); therefore

IT IS HEREBY ORDERED THAT the Clerk of Court shall reassign the cases listed below to the district judges of this Court.

### Civil Cases Reassigned from Judge Guzman to Judge Alonso

| | |
|---|---|
| 1:20-cv-05103 | Parker et al v. IAS Logistics DFW, LLC |
| 1:21-cv-0115 | Smith Jr. v. City of Chicago, The et al |
| 1:22-cv-05962 | Crosby v. Byland Transportation LLC |
| 1:22-cv-06652 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. 7 County Concrete, Inc. |
| 1:19-cv-07930 | United States of America ex rel v. Midland Orthopedic Associates, S.C. |

### Civil Cases Reassigned from Judge Guzman to Judge Blakey

| | |
|---|---|
| 1:21-cv-06805 | Daly v. West Monroe Partners, Inc. et al |
| 1:22-cv-06759 | US Foods, Inc. v. The Turkey Leg Hut & Company LLC et al |
| 1:22-cv-07052 | Gaines v. City of Chicago et al |
| 1:23-cv-01628 | Wlosik v. Khurshid et al |

### Civil Cases Reassigned from Judge Guzman to Judge Bucklo

| | |
|---|---|
| 1:19-cv-06269 | U.S. Securities and Exchange Commission v. Feiner et al |
| 1:22-cv-01607 | White v. Pappas et al |
| 1:22-cv-06953 | Gibson v. Open Door Health Center of Illinois |
| 1:23-cv-00060 | Riskus v. United Employee Benefit Fund et al |

### Civil Cases Reassigned from Judge Guzman to Judge Chang

| | |
|---|---|
| 1:18-cv-03399 | Access Living of Metropolitan Chicago v. City Of Chicago |
| 1:22-cv-04264 | Cohan v. Skyline CM Deerfield LLC |
| 1:22-cv-07256 | Rahn v. TikTok, Inc. et al |
| 1:23-cv-01644 | Skechers U.S.A., Inc. II v. The Partnerships and Unincorporated Associations |
| 1:23-cv-01797 | Patel et al v. Jaddou et al |

### Civil Cases Reassigned from Judge Guzman to Judge Coleman

| | |
|---|---|
| 1:22-cv-01870 | Sowell v. State of Illinois Department of Human Services |
| 1:22-cv-07096 | McCadd v. The Kraft Heinz Company |
| 1:22-cv-03816 | Mount Vernon Fire Insurance Company v. Jane Child Care Inc. et al. |
| 1:22-cv-06310 | Petkovic v. US Small Business Administration |

### Civil Cases Reassigned from Judge Guzman to Judge Durkin

| | |
|---|---|
| 1:18-cv-01255 | Levy v. Shulkin |
| 1:20-cv-07209 | Walker v. City of Chicago et al |

| | |
|---|---|
| 1:22-cv-00349 | Johnson v. Mitek Systems, Inc. |
| 1:22-cv-05359 | Flick v. Sterling |
| 1:23-cv-00761 | Cruz v. City Of Chicago et al |

**Civil Cases Reassigned from Judge Guzman to Judge Ellis**

| | |
|---|---|
| 1:20-cv-01857 | Balderas v. Illinois Central Railroad Company et al |
| 1:21-cv-05783 | Placht v. Argent Trust Company |
| 1:22-cv-05981 | Fenton v. City of Chicago et al |
| 1:22-cv-06262 | Salud Revenue Partners, LLC v. Community First Healthcare of Illinois, Inc. |
| 1:23-cv-01934 | Patton v. Enterprise Holdings, Inc., a Missouri corporation et al |

**Civil Cases Reassigned from Judge Guzman to Judge Gettleman**

| | |
|---|---|
| 1:19-cv-08013 | Mesenbring v. Rollins, Inc. et al |
| 1:22-cv-04375 | Lanas v. Rhee |
| 1:22-cv-04873 | Owens v. City Of Chicago et al |
| 1:23-cv-00376 | Tlaib v. Chattem, Inc. |
| 1:23-cv-01774 | Investing Media Solutions LLC v. Siegel |

**Civil Cases Reassigned from Judge Guzman to Judge Gottschall**

| | |
|---|---|
| 1:22-cv-05980 | Evans v. City of Chicago et al |

**Civil Cases Reassigned from Judge Guzman to Judge Jenkins**

| | |
|---|---|
| 1:19-cv-00683 | Macleod v. MidAmerican Energy Services, LLC et al |
| 1:21-cv-06580 | Brewer v. Affinity Development Group |
| 1:22-cv-00837 | Anderson v. Lawrence Hall Youth Services |
| 1:22-cv-06321 | Mirko v. RXO Capacity Solutions, LLC. |
| 1:23-cv-01358 | United States of America v. Jones |

**Civil Cases Reassigned from Judge Guzman to Judge Kennelly**

| | |
|---|---|
| 1:22-cv-03584 | Moore v. Office of the Illinois Secretary of State |
| 1:22-cv-04485 | Avant v. City of Chicago et al |
| 1:22-cv-06865 | Wells Fargo Bank, N.A. v. Bowman, et al |
| 1:23-cv-01074 | Art Ask Agency v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-01208 | Winkler v. American Airlines, Inc. |

**Civil Cases Reassigned from Judge Guzman to Judge Kness**

| | |
|---|---|
| 1:22-cv-03313 | Williams v. United States Of America(FTCA) et al |
| 1:22-cv-06224 | Hernandez v. Godoy |
| 1:23-cv-00594 | K. et al v. Health Care Service Corp. |
| 1:23-cv-00765 | Barhoumeh v. City of Chicago Department of Transportation |

**Civil Cases Reassigned from Judge Guzman to Judge Lefkow**

| | |
|---|---|
| 1:18-cv-01255 | Levy v. Shulkin |
| 1:23-cv-00959 | Macklin v. The National Railroad Passenger Corporation |

**Civil Cases Reassigned from Judge Guzman to Judge Leinenweber**

| | |
|---|---|
| 1:23-cv-00729 | Fox Valley & Vicinity Construction Workers Welfare Fund et al v. Allen Prestwood Concrete Construction, Inc. et al |
| 1:23-cv-00981 | Chaba v. US Post Office |

**Civil Cases Reassigned from Judge Guzman to Judge Maldonado**

| | |
|---|---|
| 1:22-cv-02833 | Burns v. City Of Waukegan et al |
| 1:22-cv-05432 | Structural Iron Workers Local No. 1 Pension Fund v. VMR Contractors, Inc. |
| 1:22-cv-07226 | Knightbrook Insurance Company v. Moonlight Logistics Inc. et al |
| 1:23-cv-00087 | Coyote Logistics, LLC v. Bee World Inc. |

**Civil Cases Reassigned from Judge Guzman to Judge Pacold**

| | |
|---|---|
| 1:20-cv-03882 | Wachala et al v. Astellas US LLC et al |
| 1:22-cv-04504 | Carter et al v. PCG International, Inc. |
| 1:22-cv-04596 | Solomon v. Detective Zbrozek et al |
| 1:23-cv-00652 | Scott v. Starbucks Coffee Company |
| 1:23-cv-01967 | Cohan v. LOF2 Lincolnshire, LLC |

**Civil Cases Reassigned from Judge Guzman to Chief Judge Pallmeyer**

| | |
|---|---|
| 1:23-cv-00694 | Conrad Roofing of Illinois v. Nissan North America, Inc. |
| 1:23-cv-00830 | Contreras v. Peke's Pozole, Corp. et al |

**Civil Cases Reassigned from Judge Guzman to Judge Rowland**

| | |
|---|---|
| 1:18-cv-04595 | Vassileva v. City of Chicago |
| 1:21-cv-02863 | Commodity Futures Trading Commission v. LJM Funds Management, Ltd. et al |
| 1:21-cv-04058 | Harden Morales v. Solis et al |
| 1:22-cv-06155 | Erickson v. The UPS Store, Inc. et al |
| 1:23-cv-00196 | Miller v. JPMorgan Chase Bank, N.A. |

**Civil Cases Reassigned from Judge Guzman to Judge Seeger**

| | |
|---|---|
| 1:20-cv-03594 | Dobyne v. United States of America |
| 1:22-cv-01433 | Pittman v. United States Postal Service et al |
| 1:22-cv-04563 | Higgins et al v. Village of Lyons et al |
| 1:23-cv-01615 | Estate of Maria Trinidad v. Jorge Trinidad et al |
| 1:23-cv-01740 | Abrego v. Guevara et al |

**Civil Cases Reassigned from Judge Guzman to Judge Shah**

| | |
|---|---|
| 1:10-cv-06331 | United States of America v. Mikos |
| 1:22-cv-03751 | Santiago v. United States of America |
| 1:23-cv-01168 | First American Bank, as Trustee Under Agreement Dated August 19, 2009 and Known as Trust No. 1-09-124 et al v. Northhampton Group Ltd. |
| 1:23-cv-01387 | Beal v. Chicago Transit Authority et al |
| 1:23-cv-01529 | Nevarez v. Corral |

**Civil Cases Reassigned from Judge Guzman to Judge Tharp**

| | |
|---|---|
| 1:19-cv-07377 | Indeck Power Eqiupment Company v. Altivia Petrochemicals LLC |
| 1:21-cv-06750 | James et al v. The City of Chicago et al |

| | |
|---|---|
| 1:22-cv-06756 | Kendrick v. The City of Chicago et al |
| 1:23-cv-01466 | Cortes v. Zubha Pop Foods, LLC |

**Civil Cases Reassigned from Judge Guzman to Judge Valderrama**

| | |
|---|---|
| 1:19-cv-05957 | U.S. Securities and Exchange Commission v. Northridge Holdings, Ltd. et al |
| 1:20-cv-02350 | Smith v. Greatbanc Trust Company et al |
| 1:21-cv-06000 | Thomas v. Ford Motor Company |
| 1:22-cv-04454 | Olivarez v. United States of America |

**Civil Cases Reassigned from Judge Guzman to Judge Wood**

| | |
|---|---|
| 1:20-cv-06449 | Center for the Human Rights of Children et al v. Department of Homeland Security et al |
| 1:22-cv-05047 | Brown v. National Construction Rentals, Inc. et al |
| 1:22-cv-05362 | Ortiz et al v. Mejias |
| 1:23-cv-00841 | Buckley v. TikTok, Inc. et al |
| 1:23-cv-02118 | Davis v. Lawson Products, Inc. |

**Criminal Case Reassigned from Judge Guzman to Judge Alonso**

1:23-cr-00024	USA v. Rosas

**Criminal Case Reassigned from Judge Guzman to Judge Blakey**

1:22-cr-00423	USA v. Sriram

**Criminal Case Reassigned from Judge Guzman to Judge Bucklo**

1:22-cr-00448	USA v. Nevarez-Beltran et al

**Criminal Cases Reassigned from Judge Guzman to Judge Chang**

1:19-cr-00557	USA v. Mei
1:21-cr-00323	USA v. Ristik

**Criminal Case Reassigned from Judge Guzman to Judge Coleman**

1:23-cr-00079	USA v. Ramirez et al

**Criminal Case Reassigned from Judge Guzman to Judge Durkin**

1:20-cr-00378	USA v. Johnson, et al

**Criminal Cases Reassigned from Judge Guzman to Judge Ellis**

1:20-cr-00624	USA v. Lewis
1:20-cr-00837	USA v. Porter

**Criminal Case Reassigned from Judge Guzman to Judge Gettleman**

1:19-cr-00824	USA v. Price

**Criminal Case Reassigned from Judge Guzman to Judge Kennelly**

1:18-cr-00712	USA v. Franklin et al

**Criminal Case Reassigned from Judge Guzman to Judge Kness**

1:21-cr-00771	USA v. Worku

**Criminal Case Reassigned from Judge Guzman to Judge Lefkow**

1:22-cr-00638	USA v. Brown et al

**Criminal Case Reassigned from Judge Guzman to Judge Leinenweber**

1:22-cr-00599	USA v. Smith

**Criminal Cases Reassigned from Judge Guzman to Judge Maldonado**

1:20-cr-00750	USA v. Nikolic, et al
1:22-cr-00126	USA v. Ware et al

**Criminal Cases Reassigned from Judge Guzman to Judge Pacold**

1:20-cr-00232 USA v. Collins et al
1:21-cr-00675 USA v. Mosley

**Criminal Case Reassigned from Judge Guzman to Judge Rowland**

1:23-cr-00054 USA v. Girardi et al

**Criminal Case Reassigned from Judge Guzman to Judge Seeger**

1:21-cr-00662 USA v. Heise

**Criminal Case Reassigned from Judge Guzman to Judge Shah**

1:20-cr-00912 USA v. Garay

**Criminal Case Reassigned from Judge Guzman to Judge Tharp**

1:06-cr-00964 USA v. Kelly

**Criminal Cases Reassigned from Judge Guzman to Judge Valderrama**

1:20-cr-00232 USA v. Collins et al
1:21-cr-00389 USA v. Medellin

**Criminal Cases Reassigned from Judge Guzman to Judge Wood**

1:20-cr-00315 USA v. Ranson
1:21-cr-00734 USA v. Aguiniga et al


**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 4th day of May, 2023