# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:23–cr–00054

                                                            Honorable Mary M. Rowland

Thomas V. Girardi, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2023:

      MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: This case has been reassigned to Judge Rowland. In person status set for 6/6/23 is stricken and reset to 6/1/23 at 10:00 AM. The status is in person and defendants' appearances are waived. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.