# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                       Case No.: 1:23−cr−00054

                                                                       Honorable Mary M. Rowland

Thomas V. Girardi, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2023:

      MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: By agreement of the parties, in−person status hearing set for 6/1/23 is stricken and reset to 6/21/23 at 8:45am. Defendants' appearances are waived. Without objection, time is excluded until 6/21/23 due to the complexity of the case, the need for reasonable time for counsel's effective preparation, and the pendency of competency proceedings for Thomas Girardi. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.