UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 23 CR 54 |
| | ) | |
| THOMAS V. GIRARDI, et al. | ) | Hon. Mary M. Rowland |
| | ) | |

**FILING OF COMPETENCY FINDING**

In connection with the Court's Order for Competency Proceedings, dated April 13, 2023 (Dkt. 56), the UNITED STATES OF AMERICA, by its attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, hereby files the attached Order Finding Defendant Competent to Stand Trial in the case of *United States v. Girardi*, 2:23CR47 (C.D.Cal.) (Dkt. 150).

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: /s/ *Corey B. Rubenstein*
Corey B. Rubenstein
Emily Vermylen
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8880