# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                     Case No.: 1:23−cr−00054
                                                 Honorable Mary M. Rowland

Thomas V. Girardi, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

      MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira: Telephonic status hearing held. The Government and defense counsel appeared telephonically. Defendants' appearances were waived for today and the next status hearing. Government reported a trial has been reset for August 6, 2024 as to Defendants Girardi and Kamon in the Central District of California. Counsel for defendant Girardi reserves the right to move for a competency evaluation in this case despite the fact that defendant was found competent in the Central District of California. Telephonic status is continued to 9/12/24 at 9:00am. The call−in number is 866−434−5269; access code 3751971. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)−(B) and United States v. O'Connor, No. 09−2476 (7th Cir. Sept. 1, 2011) until 9/12/2024 as to Defendant Girardi and until 3/3/25 at to Defendants Kamon and Lira. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.