**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

United States of America

Plaintiff,

v.

Thomas V. Girardi

Defendant.

Case No. 1:23-cr-00054-1

Judge: Mary M. Rowland

## **ORDER**

The Government's motion to dismiss as to Defendant Girardi 126 is granted. The superseding indictment [69] and original indictment [1] against Defendant Girardi are dismissed with prejudice as to Defendant Girardi and Girardi is dismissed from this action. Mailed notice.

_Mary M Rowland_
_____
UNITED STATES DISTRICT JUDGE

Date: May 15, 2025